UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

DAVE ALEXANDER (#381382)
            (#A62054)
                                           CIVIL ACTION
VERSUS
                                           NUMBER 10-316-FJP-SCR

DEPUTY BLANK, ET AL

O P I N I O N

After independently reviewing the entire record in this case and for reasons set forth in the Magistrate Judge's Report to which no objection was filed:

IT IS ORDERED that the plaintiff's complaint shall be dismissed pursuant to 28 U.S.C. §1915(e)(2)(B)(i).

Judgment shall be entered accordingly.

Baton Rouge, Louisiana, July 14, 2010.

                                    _____
                                    FRANK J. POLOZOLA
                                    MIDDLE DISTRICT OF LOUISIANA

Doc#46824